UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 11-CR-20117
                                        HON. GEORGE CARAM STEEH

vs.

DONALD PETERSON,

       Defendant.

_____/

<u>ORDER GRANTING MOTION TO WAIVE ELECTRONIC FILING (# 114)</u>

      Before the court in this multi-defendant case is defendant Donald Peterson's motion to waive the requirement for electronic filing. Peterson's counsel, Robert Mitchell, asserts he is "functionally illiterate" in using the internet.

      The court will grant the motion. Mr. Mitchell shall file all documents with the clerk's office and provide the court with a judge's copy. Any documents filed by the government or the court will be sent to Mr. Mitchell via first class mail; any such documents that are time sensitive shall also be faxed to Mr. Mitchell's office. Mr. Mitchell shall promptly provide the court and opposing counsel with his fax number.

      **IT IS SO ORDERED**.

Dated: April 22, 2013

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 22, 2013, by electronic and/or ordinary mail and also on Robert F. Mitchell, 1401 Beaubien, Detroit, MI 48226.

s/Barbara Radke
Deputy Clerk